IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELEON PERFECTO, | : | |
| Petitioner, | : | 1:19-cv-2012 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CATRICIA HOWARD, WARDEN, | : | |
| Respondent. | : | |

## ORDER

### March 1, 2021

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania